UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERATION FOR AMERICAN IMMIGRATION REFORM,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 22-0709 (ZMF)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order of March 13, 2025, Plaintiff Federation for American Immigration Reform ("Plaintiff") and Defendants U.S. Customs and Border Protection ("CBP") and U.S. Department of Homeland Security ("DHS") (collectively, the "Parties") provide the following joint status report in this Freedom of Information Act ("FOIA") action.

1. This case stems from Plaintiff's July 15, 2020, FOIA request to CBP, generally seeking certain records concerning individuals who have illegally crossed the U.S. border and tested positive for infectious diseases, CBP's policies tracking such individuals, and various other items.

2. As previously reported, CBP completed its processing and production of records in response to Plaintiff's request on April 18, 2024. Plaintiff has indicated that it is satisfied with Defendant's production and expects to follow up with Defendant on how Plaintiff intends to proceed on this matter. The Parties propose that they file a further status report on or before September 8, 2025, to update the Court on the progress of the parties' discussions.

Dated: June 10, 2025          Respectfully submitted,

                                       JEANINE FERRIS PIRRO
                                       United States Attorney

By:        /s/
ERIKA OBLEA, D.C. Bar #1034393
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
601 D Street, N.W.
Washington, DC 20530
(202) 252-2567
erika.oblea@usdoj.gov

*Counsel for Defendants*


       /s/
MATEO FORERO-NORENA, DC Bar Number 90002605
JOHN MIANO, DC Bar No. 1003068
DAVID LEON JAROSLAV, DC Bar No.90021286
Immigration Reform Law Institute
25 Massachusetts Ave., NW, Suite 335
Washington, DC  20001
Telephone: 908-273-9207
mobrien@irli.org
miano@colosseumbuilders.com

*Counsel for Plaintiff*