UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FEDERATION FOR AMERICAN IMMIGRATION REFORM, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 22-0709 (ZMF) |
| U.S. CUSTOMS AND BORDER PROTECTION, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of June 10, 2025, Plaintiff Federation for American Immigration Reform ("Plaintiff") and Defendants U.S. Customs and Border Protection ("CBP") and U.S. Department of Homeland Security ("DHS") (collectively, the "Parties") provide the following joint status report in this Freedom of Information Act ("FOIA") action.

1.      This case stems from Plaintiff's July 15, 2020, FOIA request to CBP, generally seeking certain records concerning individuals who have illegally crossed the U.S. border and tested positive for infectious diseases, CBP's policies tracking such individuals, and various other items.

2.      As previously reported, CBP completed its processing and production of records in response to Plaintiff's request on April 18, 2024. Plaintiff has indicated that it is satisfied with Defendant's production and expects to follow up with Defendant on how Plaintiff intends to proceed on this matter. The Parties propose that they file a further status report on or before December 8, 2025, to update the Court on the progress of the parties' discussions.

Dated: September 8, 2025                    Respectfully submitted,

                                           JEANINE FERRIS PIRRO
                                           United States Attorney

                           By:     _____/s/_____
                                   ERIKA OBLEA, D.C. Bar #1034393
                                   Assistant United States Attorney
                                   U.S. Attorney's Office, Civil Division
                                   601 D Street, N.W.
                                   Washington, DC 20530
                                   (202) 252-2567
                                   erika.oblea@usdoj.gov

                                   *Counsel for Defendants*


                                   _____/s/_____
                                   MATEO FORERO-NORENA, DC Bar Number
                                   90002605
                                   JOHN MIANO, DC Bar No. 1003068
                                   DAVID LEON JAROSLAV, DC Bar No.90021286
                                   Immigration Reform Law Institute
                                   25 Massachusetts Ave., NW, Suite 335
                                   Washington, DC  20001
                                   Telephone: 908-273-9207
                                   mobrien@irli.org
                                   miano@colosseumbuilders.com

                                   *Counsel for Plaintiff*