UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FEDERATION FOR AMERICAN IMMIGRATION REFORM,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 22-0709 (ZMF)<br>)<br>)<br>)<br>)<br>)<br>) |

## **STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Dated: December 8, 2025          Respectfully submitted,

*/s/ David Leon Jaroslav ("By Permission")*
DAVID LEON JAROSLAV, DC Bar No.90021286
MATEO FORERO-NORENA, DC Bar Number 90002605
JOHN MIANO, DC Bar No. 1003068
Federation for American Immigration Reform
25 Massachusetts Ave., NW, Suite 330
Washington, DC  20001
Telephone: 202-328-7004
djaroslav@fairus.org
mforero@fairus.org
miano@colosseumbuilders.com

*Attorneys for the Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By:      */s/ Erika Oblea*
ERIKA OBLEA, D.C. Bar #1034393
Assistant United States Attorney
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2567
Email: Erika.Oblea@usdoj.gov

*Attorneys for the United States of America*